UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



ALVIN LANUS (#461980)

VERSUS

ALVIN JONES, ET AL

CIVIL ACTION

NO. 09-712-C

### RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated February 8, 2010, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the petitioner's application for habeas corpus relief will be denied.

Baton Rouge, Louisiana, March  16  , 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA