UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



ALVIN LANUS (#461980)

VERSUS

ALVIN JONES, ET AL

CIVIL ACTION

NO. 09-712-C

## J U D G M E N T

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the petitioner's application for habeas corpus relief is denied and this matter is dismissed.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, March 16, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA